|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ELAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01085-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 11, 12, 13)<br><br>**FORTY-FIVE DAY DEADLINE** |

　　　　On December 2, 2024, the Court ordered that the parties to show cause why monetary sanctions should not issue for the failure to file a joint report in compliance with order setting the mandatory scheduling conference. (ECF No. 11.) On this same date, Plaintiff filed a declaration notifying the Court that the parties did not file a joint scheduling report because the case settled on November 21, 2024. (ECF No. 12.) Plaintiff acknowledged that the parties should have informed the Court that the case settled. The Court finds good cause to discharge the order to show cause.

　　　　On December 2, 2024, Plaintiff filed a notice of settlement. (ECF No. 13.) Plaintiff requests a ninety (90) day deadline to file dispositive documents. The Court shall grant in part and provide the parties forty-five (45) days within which to file dispositive documents.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 2, 2024 order to show cause (ECF No. 11) is DISCHARGED;

2. All pending matters and dates, including the scheduling conference set for December 5, 2024, are VACATED; and

3. The parties shall file dispositional documents within **forty-five (45) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **December 4, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2