# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ELAM,<br><br>   Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>   Defendant. | Case No. 1:24-cv-01085-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 15)<br><br>**DEADLINE: JANUARY 29, 2025** |

Following an order to show cause for failure to file a joint scheduling report, Plaintiff filed a notice of settlement on December 2, 2024. (ECF No. 11.)  On December 4, 2024, the Court issued an order discharging the order to show cause and requiring the parties to file dispositional documents within forty-five days. (ECF No. 15.)  The deadline to file dispositional documents has now expired, and the parties have again failed to comply with a Court order and file such documents or request an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir.

2000). The Court shall require the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's order issued December 4, 2024.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than January 29, 2025**, why sanctions should not issue for the failure to file dispositional documents by the deadline required by the December 4, 2024, order (ECF No. 15). **The parties are advised that filing dispositional documents without also filing documents showing cause in writing why sanctions should not issue does not constitute compliance with this order**; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **January 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2