**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ELAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01085-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF Nos. 16, 17, 18) |

On January 22, 2025, the Court issued an order to show cause, requiring the parties to show cause in writing why monetary sanctions should not be imposed for failure to file dispositional documents by the court ordered deadline. (ECF No. 16.) On January 24, 2025, Plaintiff filed a declaration responding to the order to show cause (ECF No. 17-1), along with a stipulation of dismissal. (ECF No. 17.) On January 28, Defendant filed a response to the order to show cause. (ECF No. 18.) Satisfied with the responses from the parties, the Court will therefore discharge the order to show cause and direct the Clerk to close this case.

///

///

///

///

///

Accordingly, the Court HEREBY ORDERS that:

1. The January 22, 2025 order to show cause is DISCHARGED. (ECF No. 16.); and

2. In light of the stipulation (ECF No. 17), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is hereby DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:    **January 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2